IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD CHILES and<br>PATRICIA CHILES | § § § § | PLAINTIFFS |
| v. | § § § | Civil Action No. 1:15cv12-HSO-JCG |
| GEORGE CRAIG -<br>POSTMASTER | § § § | DEFENDANT |

### FINAL JUDGMENT

This matter came on to be heard upon the Motion to Dismiss [3] filed by Defendant George Craig - Postmaster.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 10th day of February, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE